# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re **P&O LAND VENTURES**

Case No. **13-10323**

Reporting Period: **2-1-13 to 2-28-13**

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ [signature]_  
Signature of Debtor            Date

_____  _____
Signature of Joint Debtor     Date

_____  _____
Signature of Authorized Individual*     Date

_____  _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

# Manasquan Savings Bank
Since 1874

000816

P & O LAND VENTURES DIP
LOUIS A OBSUTH
1811 SHORE BLVD
PT PLEASANT NJ 08742-5258

| SUMMARY OF YOUR ACTIVITY | | |
|---|---|---|
| STATEMENT DATE | | FEB 28 13 |
| STATEMENT NUMBER | | 397003725 |
| BEGINNING BALANCE | | .00 |
| DEPOSIT AMOUNT | + | 27446.05 |
| WITHDRAWAL AMOUNT | − | 25201.53 |
| SERVICE CHARGE | − | .00 |
| ENDING BALANCE | = | 2244.52 |

DEBITS  0

| BUSINESS ACTIVITY BEGINNING | 03-97003725 FEB 11 13 | WITHDRAWALS | DEPOSITS | BALANCE SUMMARY | |
|---|---|---|---|---|---|
| | | | | $ | .00 |
| FEB 11 | DEPOSIT BAY HEAD | | 27446.05 | $ | 27446.05 |
| FEB 13 | wire transfer | 25000.00 | | $ | 2446.05 |
| FEB 13 | wire fee | 25.00 | | $ | 2421.05 |
| FEB 26 | FIRSTENERGY OPCO FE ECHECK CCD | 50.83 | | $ | 2370.22 |
| FEB 26 | FIRSTENERGY OPCO FE ECHECK CCD | 125.70 | | $ | 2244.52 |

## SUMMARY OF YOUR DEPOSIT ACCOUNTS

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ACCOUNT BALANCE | MATURITY DATE |
|---|---|---|---|
| BUSINESS | 03-97003725 | $ 2,244.52 | |
| TOTAL OF YOUR DEPOSIT ACCOUNTS | | $ 2,244.52 | |



- 01 -

1:23 PM
03/20/13

# P & O LAND VENTURES-DIP
## Reconciliation Detail
P&O LAND VENTURES-DIP, Period Ending 02/28/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 2/11/2013 | WIRE | Teich Groh Trust A... | X | -25,000.00 | -25,000.00 |
| Check | 2/11/2013 | EFT | | X | -25.00 | -25,025.00 |
| Check | 2/23/2013 | EFT | JCP&L | X | -125.70 | -25,150.70 |
| Check | 2/23/2013 | EFT | JCP&L | X | -50.83 | -25,201.53 |
| Total Checks and Payments | | | | | -25,201.53 | -25,201.53 |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 2/11/2013 | | | X | 300.00 | 300.00 |
| Deposit | 2/11/2013 | | | X | 300.00 | 600.00 |
| Deposit | 2/11/2013 | | | X | 400.00 | 1,000.00 |
| Deposit | 2/11/2013 | | | X | 400.00 | 1,400.00 |
| Deposit | 2/11/2013 | | | X | 400.00 | 1,800.00 |
| Deposit | 2/11/2013 | | | X | 1,500.00 | 3,300.00 |
| Deposit | 2/11/2013 | | | X | 1,500.00 | 4,800.00 |
| Deposit | 2/11/2013 | | | X | 1,500.00 | 6,300.00 |
| Deposit | 2/11/2013 | | | X | 1,750.00 | 8,050.00 |
| Deposit | 2/11/2013 | | | X | 1,750.00 | 9,800.00 |
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | X | 2,160.00 | 11,960.00 |
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | X | 2,960.00 | 14,920.00 |
| Deposit | 2/11/2013 | | | X | 3,000.00 | 17,920.00 |
| Deposit | 2/11/2013 | DEP | FMI | X | 3,946.05 | 21,866.05 |
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | X | 5,580.00 | 27,446.05 |
| Total Deposits and Credits | | | | | 27,446.05 | 27,446.05 |
| Total Cleared Transactions | | | | | 2,244.52 | 2,244.52 |
| **Cleared Balance** | | | | | 2,244.52 | 2,244.52 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 2/22/2013 | 101 | Franklin Mutual Ins... | | -355.06 | -355.06 |
| Total Checks and Payments | | | | | -355.06 | -355.06 |
| Total Uncleared Transactions | | | | | -355.06 | -355.06 |
| **Register Balance as of 02/28/2013** | | | | | 1,889.46 | 1,889.46 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 3/7/2013 | 102 | Jo Ann Hartl | | -87.50 | -87.50 |
| Check | 3/11/2013 | WIRE | Teich Groh Trust A... | | -5,000.00 | -5,087.50 |
| Total Checks and Payments | | | | | -5,087.50 | -5,087.50 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 3/5/2013 | | | | 300.00 | 300.00 |
| Deposit | 3/5/2013 | | | | 400.00 | 700.00 |
| Deposit | 3/5/2013 | | | | 400.00 | 1,100.00 |
| Deposit | 3/5/2013 | | | | 500.00 | 1,600.00 |
| Deposit | 3/5/2013 | | | | 500.00 | 2,100.00 |
| Deposit | 3/5/2013 | | | | 1,500.00 | 3,600.00 |
| Deposit | 3/5/2013 | | | | 1,500.00 | 5,100.00 |
| Deposit | 3/5/2013 | | | | 1,850.00 | 6,950.00 |
| Total Deposits and Credits | | | | | 6,950.00 | 6,950.00 |
| Total New Transactions | | | | | 1,862.50 | 1,862.50 |
| **Ending Balance** | | | | | 3,751.96 | 3,751.96 |

## P & O LAND VENTURES-DIP

4/1/2013 12:30 PM

Register: P&O LAND VENTURES-DIP
From 02/01/2013 through 02/28/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 300.00 | 300.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 300.00 | 600.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 400.00 | 1,000.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 1,500.00 | 2,500.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 1,750.00 | 4,250.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 1,500.00 | 5,750.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 1,500.00 | 7,250.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 1,750.00 | 9,000.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 400.00 | 9,400.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 400.00 | 9,800.00 |
| 02/11/2013 | | | Undeposited Funds | Deposit | | X | 3,000.00 | 12,800.00 |
| 02/11/2013 | DEP | LOUIS OBSUTH | OWNER CONTRIBU... | Deposit | | X | 2,160.00 | 14,960.00 |
| 02/11/2013 | DEP | FMI | INSURANCE CLAIM | SANDY STOR... | | X | 3,946.05 | 18,906.05 |
| 02/11/2013 | DEP | LOUIS OBSUTH | OWNER CONTRIBU... | Deposit | | X | 5,580.00 | 24,486.05 |
| 02/11/2013 | DEP | LOUIS OBSUTH | OWNER CONTRIBU... | Deposit | | X | 2,960.00 | 27,446.05 |
| 02/11/2013 | EFT | | Bank Service Charges | Wire Transfer ... | 25.00 | X | | 27,421.05 |
| 02/11/2013 | WIRE | Teich Groh Trust Ac... | Other Expenses | | 25,000.00 | X | | 2,421.05 |
| 02/22/2013 | 101 | Franklin Mutual Insu... | Interest Expense | | 355.06 | | | 2,065.99 |
| 02/23/2013 | EFT | JCP&L | Utilities | P&O SITE #61... | 125.70 | X | | 1,940.29 |
| 02/23/2013 | EFT | JCP&L | Utilities | MAIN-#376 ... | 50.83 | X | | 1,889.46 |

Page 1

12:26 PM
04/01/13
Accrual Basis

# P & O LAND VENTURES-DIP
## Profit & Loss
### February 2013

|  | Feb 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| RENT Income | 8,250.00 |
| **Total Income** | 8,250.00 |
| **Gross Profit** | 8,250.00 |
| **Expense** | |
| Bank Service Charges | 25.00 |
| Interest Expense | 355.06 |
| Other Expenses | 25,000.00 |
| Utilities | 176.53 |
| **Total Expense** | 25,556.59 |
| **Net Ordinary Income** | -17,306.59 |
| **Other Income/Expense** | |
| **Other Income** | |
| INSURANCE CLAIM | 3,946.05 |
| OWNER CONTRIBUTIONS | 10,700.00 |
| **Total Other Income** | 14,646.05 |
| **Net Other Income** | 14,646.05 |
| **Net Income** | -2,660.54 |

12:28 PM
04/01/13
Accrual Basis

# P & O LAND VENTURES-DIP
## Profit & Loss Detail
### February 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **RENT Income** | | | | | | | |
| Invoice | 2/1/2013 | 213-002 | CHARLES RUSSELL | MONTHLY O... | | Accounts Rec... | 300.00 |
| Invoice | 2/1/2013 | 213-005 | THOMAS J. MALLON | MONTHLY O... | | Accounts Rec... | 400.00 |
| Invoice | 2/1/2013 | 213-008 | DONNA TIRRELL | MONTHLY O... | | Accounts Rec... | 1,500.00 |
| Invoice | 2/1/2013 | 213-011 | J.C. | MONTHLY O... | | Accounts Rec... | 1,500.00 |
| Invoice | 2/1/2013 | 213-014 | L.A. OBSUTH | MONTHLY O... | | Accounts Rec... | 1,750.00 |
| Invoice | 2/1/2013 | 213-016 | ROBERT WELLS | MONTHLY O... | | Accounts Rec... | 1,500.00 |
| Invoice | 2/1/2013 | 212-018 | THOMAS J. MALLON | MONTHLY O... | | Accounts Rec... | 500.00 |
| Invoice | 2/11/2013 | 212-019 | THOMAS J. MALLON | MONTHLY O... | | Accounts Rec... | 400.00 |
| Invoice | 2/1/2013 | 213-020 | L.A. OBSUTH | MONTHLY O... | | Accounts Rec... | 1,500.00 |
| Total RENT Income | | | | | | | 8,250.00 |
| Total Income | | | | | | | 8,250.00 |
| Gross Profit | | | | | | | 8,250.00 |
| **Expense** | | | | | | | |
| **Bank Service Charges** | | | | | | | |
| Check | 2/11/2013 | EFT | | | | Accounts Rec... | 25.00 |
| Total Bank Service Charges | | | | | | | 25.00 |
| **Interest Expense** | | | | | | | |
| Check | 2/22/2013 | 101 | Franklin Mutual Ins... | | | P&O LAND V... | 355.06 |
| Total Interest Expense | | | | | | | 355.06 |
| **Other Expenses** | | | | | | | |
| Check | 2/11/2013 | WIRE | Teich Groh Trust A... | WIRE TRAN... | | P&O LAND V... | 25,000.00 |
| Total Other Expenses | | | | | | | 25,000.00 |
| **Utilities** | | | | | | | |
| Check | 2/23/2013 | EFT | JCP&L | ELEC-SITE | | P&O LAND V... | 125.70 |
| Check | 2/23/2013 | EFT | JCP&L | Main | | P&O LAND V... | 50.83 |
| Total Utilities | | | | | | | 176.53 |
| Total Expense | | | | | | | 25,556.59 |
| Net Ordinary Income | | | | | | | -17,306.59 |
| **Other Income/Expense** | | | | | | | |
| **Other Income** | | | | | | | |
| **INSURANCE CLAIM** | | | | | | | |
| Deposit | 2/11/2013 | DEP | FMI | SANDY STO... | | P&O LAND V... | 3,946.05 |
| Total INSURANCE CLAIM | | | | | | | 3,946.05 |
| **OWNER CONTRIBUTIONS** | | | | | | | |
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | Deposit | | P&O LAND V... | 2,160.00 |

Page 1

12:28 PM
04/01/13
Accrual Basis

# P & O LAND VENTURES-DIP
## Profit & Loss Detail
### February 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | Deposit | | P&O LAND V... | 5,580.00 |
| Deposit | 2/11/2013 | DEP | LOUIS OBSUTH | Deposit | | P&O LAND V... | 2,960.00 |
| Total OWNER CONTRIBUTIONS | | | | | | | 10,700.00 |
| Total Other Income | | | | | | | 14,646.05 |
| Net Other Income | | | | | | | 14,646.05 |
| Net Income | | | | | | | -2,660.54 |