UNITED STATES BANKRUPTCY COURT
DISTRICT OF New Jersey

In re P&O Land Ventures

Case No. 13-10323
Reporting Period: 3-1-13 to 3-31-13

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ [signature]_    4-15-13
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

5:32 PM
04/04/13

# P & O LAND VENTURES-DIP
## Reconciliation Detail
P&O LAND VENTURES-DIP, Period Ending 03/29/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 2,244.52 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 2/22/2013 | 101 | Franklin Mutual Ins... | X | -355.06 | -355.06 |
| Check | 3/7/2013 | 102 | Jo Ann Hartl | X | -87.50 | -442.56 |
| Check | 3/11/2013 | WIRE | Teich Groh Trust A... | X | -5,000.00 | -5,442.56 |
| Check | 3/27/2013 | EFT | JCP&L | X | -49.08 | -5,491.64 |
| Check | 3/27/2013 | EFT | JCP&L | X | -37.81 | -5,529.45 |
| Check | 3/29/2013 | | | X | -25.00 | -5,554.45 |
| **Total Checks and Payments** | | | | | -5,554.45 | -5,554.45 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 3/5/2013 | | | X | 300.00 | 300.00 |
| Deposit | 3/5/2013 | | | X | 400.00 | 700.00 |
| Deposit | 3/5/2013 | | | X | 400.00 | 1,100.00 |
| Deposit | 3/5/2013 | | | X | 500.00 | 1,600.00 |
| Deposit | 3/5/2013 | | | X | 500.00 | 2,100.00 |
| Deposit | 3/5/2013 | | | X | 1,500.00 | 3,600.00 |
| Deposit | 3/5/2013 | | | X | 1,500.00 | 5,100.00 |
| Deposit | 3/5/2013 | | | X | 1,850.00 | 6,950.00 |
| **Total Deposits and Credits** | | | | | 6,950.00 | 6,950.00 |
| **Total Cleared Transactions** | | | | | 1,395.55 | 1,395.55 |
| **Cleared Balance** | | | | | 1,395.55 | 3,640.07 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 3/27/2013 | 103 | FMI | | -355.06 | -355.06 |
| **Total Checks and Payments** | | | | | -355.06 | -355.06 |
| **Total Uncleared Transactions** | | | | | -355.06 | -355.06 |
| **Register Balance as of 03/29/2013** | | | | | 1,040.49 | 3,285.01 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 4/3/2013 | 104 | Jo Ann Hartl | | -150.00 | -150.00 |
| **Total Checks and Payments** | | | | | -150.00 | -150.00 |
| **Total New Transactions** | | | | | -150.00 | -150.00 |
| **Ending Balance** | | | | | 890.49 | 3,135.01 |

# Manasquan Savings Bank
Since 1874

000803

P & O LAND VENTURES DIP
LOUIS A OBSUTH
1811 SHORE BLVD
PT PLEASANT NJ 08742-5258

| SUMMARY OF YOUR ACTIVITY | | |
|---|---|---|
| STATEMENT DATE | | MAR 29 13 |
| STATEMENT NUMBER | | 397003725 |
| BEGINNING BALANCE | | 2244.52 |
| DEPOSIT AMOUNT | + | 6950.00 |
| WITHDRAWAL AMOUNT | - | 5554.45 |
| SERVICE CHARGE | - | .00 |
| DEBITS 2 | | |
| ENDING BALANCE | = | 3640.07 |

**BUSINESS ACTIVITY BEGINNING** 03-97003725 MAR 01 13

| DATE | DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE SUMMARY |
|---|---|---|---|---|---|
| | | | | | $ 2244.52 |
| MAR 01 | CHECK NUMBER | 101 | 355.06 | | $ 1889.46 |
| MAR 06 | DEPOSIT BAY HEAD | | | 6950.00 | $ 8839.46 |
| MAR 08 | WIRE TRANSFER DEBIT | | 5000.00 | | $ 3839.46 |
| MAR 08 | wire fee | | 25.00 | | $ 3814.46 |
| MAR 09 | CHECK NUMBER | 102 | 87.50 | | $ 3726.96 |
| MAR 29 | FIRSTENERGY OPCO FE ECHECK PPD | | 37.81 | | $ 3689.15 |
| MAR 29 | FIRSTENERGY OPCO FE ECHECK PPD | | 49.08 | | $ 3640.07 |

### CHECKS PAID ON YOUR ACCOUNT

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 101 | 03/01 | 355.06 | 102 | 03/09 | 87.50 | | | |

### SUMMARY OF YOUR DEPOSIT ACCOUNTS

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ACCOUNT BALANCE | MATURITY DATE |
|---|---|---|---|
| BUSINESS | 03-97003725 | $ 3,640.07 | |
| TOTAL OF YOUR DEPOSIT ACCOUNTS | | $ 3,640.07 | |

- 01 -

(145) PD0790-01   03-97003725   3/29/13   00   30



12:33 PM
04/14/13
Accrual Basis

# P & O LAND VENTURES-DIP
## Profit & Loss
### March 2013

|  | Mar 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| RENT Income | 6,050.00 |
| **Total Income** | 6,050.00 |
| **Gross Profit** | 6,050.00 |
| **Expense** | |
| Bank Service Charges | 25.00 |
| Insurance Expense | 355.06 |
| Other Expenses | 5,000.00 |
| Professional Fees | 87.50 |
| Utilities | 86.89 |
| **Total Expense** | 5,554.45 |
| **Net Ordinary Income** | 495.55 |
| **Net Income** | **495.55** |

12:31 PM
04/14/13
Accrual Basis

# P & O LAND VENTURES-DIP
## Transaction Detail By Account
### March 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Other Expenses** | | | | | | | |
| Check | 3/11/2013 | WIRE | Teich Groh Trust Ac... | | | P&O LAND VE... | 5,000.00 |
| Total Other Expenses | | | | | | | 5,000.00 |
| **TOTAL** | | | | | | | **5,000.00** |